Commonwealth ex rel. Williams, Appellant, *v.* Duggan.

Argued April 12, 1966.

*Robert L. Campbell,* with him *Jack W. Plowman,* and *Plowman and Spiegel,* for appellant; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

WATKINS, J., absent.

Commonwealth *v.* Davis, Appellant.

Argued April 11, 1966; reargument refused May 31, 1966. *G. W. Wilde,* with him *Robert G. MacAlister* and *Eunice L. Ross,* for appellant; *Richard A. Leuthold,* with him *Samuel F. Bonavita* and *Harold S. Hampson,* for Commonwealth, appellee.

Order affirmed.